IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Thomas Charles Felton Jones, )<br>)<br>Plaintiff(s), )<br>)               **STIPULATION OF DISMISSAL**<br>v. )               *6:21-cv-02213-DCC-JDA*<br>)<br>Deputy Jonathan Cooper, )<br>Deputy James Berggrun, )<br>Deputy Charles Lancaster, )<br>Deputy John Thomas Edwards, )<br>and Sergeant Michael Kastner, )<br>)<br>Defendant(s). ) | |

On Motion of the plaintiff, and with the consent of attorney for the defendants, and pursuant to Federal Rules of Civil Procedure 41(a), the parties, through their respective attorneys, hereby stipulate and agree to dismiss the within action with prejudice. Each party shall bear their own costs and expenses.

/s/ Kyle J. White
Kyle White (Fed. Bar No. 11774)
WHITE, DAVIS, AND WHITE LAW FIRM, PA
209 East Calhoun Street
Post Office Box 1346
Anderson, SC 29621
Telephone: (864) 231-8090
Facsimile: (864) 231-8006
kyle@wdwlawfirm.com
Attorneys for Plaintiff

s/ Russell W. Harter, Jr.
Russell W. Harter, Jr., #1753
Chapman, Harter & Harter
P. O. Box 10224
Greenville, SC 29603
8643/233-4500
rwhjr@chhlaw.net
ATTORNEY FOR DEFENDANTS